253 So.2d 67

**Alvin. P. LICHTENTAG**

v.

**The MILLERS MUTUAL FIRE INSUR-ANCE COMPANY OF TEXAS.**

**No. 51686.**

Oct. 15. 1971.

In re: Alvin P. Lichtentag, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 250 So.2d 105.

Writ refused. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

253 So.2d 67

**Paul A. CLEMENT**

v.

**CITY OF WESTWEGO et al.**

**No. 51688.**

Oct. 15, 1971.

In re: Paul A. Clement, applying for certiorari, or writ of review, to the Court

of Appeal, Fourth Circuit, Parish of Jefferson. 250 So.2d 115.

Application denied. We find no error of law in the judgment of the Court of Appeal.